No. 94–937. MEREX A. G. v. FAIRCHILD WESTON SYSTEMS, INC. C. A. 2d Cir. Certiorari denied.

No. 94–940. MIGDALECK v. UNITED STATES. C. A. 6th Cir. Certiorari denied.

No. 94–945. VITI v. UNITED STATES. C. A. 11th Cir. Certiorari denied.

No. 94–950. GUTIERREZ v. MARYLAND. Ct. App. Md. Certiorari denied.

No. 94–954. WOODWARD v. KENTUCKY. Ct. App. Ky. Certiorari denied.

No. 94–962. JOHNSEN v. UNITED STATES. C. A. 2d Cir. Certiorari denied.

No. 94–964. HAMILTON v. UNITED STATES. C. A. Armed Forces. Certiorari denied.

No. 94–976. NORRIS v. OKLAHOMA CITY UNIVERSITY ET AL. C. A. 9th Cir. Certiorari denied.

No. 94–1016. MONTANINO v. UNITED STATES. C. A. Armed Forces. Certiorari denied.

No. 94–1021. WHITE ET AL. v. MOULDER, CHIEF OF POLICE OF DES MOINES, IOWA, ET AL. C. A. 8th Cir. Certiorari denied.

No. 94–1028. SELLERS, BY AND THROUGH HER GUARDIAN, NATURAL MOTHER, AND NEXT FRIEND, SELLERS, ET AL. v. BAER ET AL. C. A. 8th Cir. Certiorari denied.

No. 94–5475. KARR v. CARPER, GOVERNOR OF DELAWARE, ET AL. C. A. 3d Cir. Certiorari denied.

No. 94–5513. HERMAN v. TEXAS. Ct. Crim. App. Tex. Certiorari denied.

No. 94–5522. BARBER v. TEXAS. Ct. Crim. App. Tex. Certiorari denied.